# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MARTINEZ,<br><br>   Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:18-cv-00836-SAB<br><br>ORDER STRIKING UNSIGNED CONSENT FORM<br><br>(ECF No. 6) |

On June 28, 2018, Plaintiff filed a form regarding consent to proceed before a United States magistrate judge or request for reassignment to a United States district judge. (ECF No. 6.) While Plaintiff docketed the form as consent to the jurisdiction of a United States magistrate judge, the form is not signed and does not indicate whether Plaintiff consents to the jurisdiction of a United States magistrate judge or requests reassignment to a United States district judge. Unsigned documents cannot be considered by the Court, and the consent form must be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that the unsigned consent form (ECF No. 6) is
2 | stricken from the record.  Plaintiff may file a signed consent form if she wishes to consent to the
3 | jurisdiction of a United States magistrate judge on or before July 6, 2018.  Plaintiff is advised
4 | that she is free to withhold consent or decline magistrate jurisdiction without adverse substantive
5 | consequences.

IT IS SO ORDERED.

Dated:   **June 29, 2018**

_____
UNITED STATES MAGISTRATE JUDGE