# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

DEBORAH MARTINEZ,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 1:18-cv-00836-SAB

ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF

(ECF No. 21)

On January 22, 2019, an order issued granting the parties stipulation to extend time for Plaintiff to file an opening brief in this matter. (ECF Nos. 17, 18.) Plaintiff's opening brief was filed on February 19, 2019. (ECF No. 20.) Pursuant to the January 22, 2019 order, Defendant's opposition to the opening brief was due on April 4, 2019. (ECF No. 18.) On April 5, 2019, Defendant filed a motion for a four-day extension of time to file the opposition to the opening brief. (ECF No. 21.)

> Federal Rule of Civil Procedure 6(b)(1) provides:
> (1) In General.
> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed.R.Civ.P. 6(b)(1).

"[R]equests for extensions of time made before the applicable deadline has passed should "normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." Ahanchian v. Xenon Pictures, Inc., 624 F.3d 1253, 1259 (9th Cir. 2010). " 'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." Ahanchian, 624 F.3d at 1259 (citations omitted).

In the motion for an extension of time, Plaintiff contends that counsel has been diligently working to address a full workload and backlog of district court cases and other matters and that Plaintiff's counsel does not oppose the brief extension of time. (ECF No. 21 at 2.) Based on the brief extension requested and the fact that Plaintiff does not oppose the request, the Court finds good cause to grant the extension of time *nunc pro tunc*. Further, the Court notes that due to the brief extension required there is no prejudice to Plaintiff and the briefing schedule will be amended to allow Plaintiff the full time for any reply to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time is GRANTED *nunc pro tunc* to April 4, 2019;
2. Defendant's opposition to Plaintiff's opening brief shall be filed on or before **April 8, 2019**; and
3. Plaintiff's reply, if any, shall be filed on or before **April 23, 2019**.

IT IS SO ORDERED.

Dated: **April 5, 2019**

_____
UNITED STATES MAGISTRATE JUDGE