UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DEBORAH MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-00836-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d)<br><br>(ECF No. 27)<br><br>ORDER DISREGARDING STIPULATION FILED IN CORRECT CASE<br><br>(ECF No. 28) |

On October 27, 2019, two stipulations for the award of attorney fees were filed in this action. The first stipulation applies to this matter, however on review, the second stipulation was incorrectly filed in this matter and shall therefore be disregarded.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that fees in the amount of six thousand eight hundred seventy-five dollars and 00/100,($6,875.00), under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) are awarded subject

1 to the terms of the stipulation.  It is FURTHER ORDERED that stipulation filed
2 October 2, 2019 (ECF No. 28) is DISREGARDED.

IT IS SO ORDERED.

Dated:  **October 3, 2019**

_____
UNITED STATES MAGISTRATE JUDGE